IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

OSCAR GARNER,

    Plaintiff,

v.

PETER HUIBREGTSE, Warden,
RUBIN ASCH, RANDY GAYE,
GARY MAIER, CHARLES
YUNGHANS
and SHANNON SHARPE,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-301-slc

---

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_____      _____
Peter Oppeneer, Clerk of Court                  7/29/09
                                                      Date